USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BORIS AMINOV, CHRISTY CORVALAN, IRINA
POLVANOVA, ROMAN SHAMALOV, ANTONIO
PAYANO, DAVID FERNANDEZ, CRYSTAL MEDINA,
JUAN HERNANDEZ, a/k/a "Pop," JONATHAN
GAVRIELOF, and ALBERT YAGUDAYEV, a/k/a "Jeff,"

Defendants.

1:23-cr-110-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court received a letter filed on October 16, 2024 by defendant's counsel requesting permission to have a representative from ALEPH provide a presentation to the Court at sentencing on October 29, 2024. [ECF at 339]. IT IS HEREBY ORDERED that the request is DENIED.

**SO ORDERED.**

**Date: October 21, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**