UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

                 :

UNITED STATES OF AMERICA

                 :     STIPULATION AND [PROPOSED]

    - v. -                ORDER

                 :

CHRISTY CORVALAN,           :     S1 23 Cr. 110 (JMF)

                 :

        Defendant.

                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

                 :

MERCEDES-BENZ FINANCIAL SERVICES,
LLC,                     :

        Petitioner.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, on or about October 20, 2023, CHRISTY CORVALAN (the "Defendant"), among others, was charged in four counts of a five-count Superseding Indictment, S1 23 Cr. 110 (MKV) (the "Indictment"), with conspiracy to commit wire fraud and health care fraud in violation of Title 18, United States Code, Section 1349 (Count One); conspiracy to violate the anti-kickback statute in violation of Title 18, United States Code, Section 371 (Count Two); conspiracy to defraud the United States in violation of Title 18, United States Code, Section 371 (Count Three); and conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h) (Count Five);

WHEREAS, the Indictment included, *inter alia*, a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant Title 18, United States Code, Sections 981(a)(l)(C) and 982(a)(7), and Title 28, United States Code, Section 2461(c), of any and all property, real and/or personal, that constitutes or is derived from proceeds and gross

proceeds traceable to the commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment and, *inter alia*, a 2018 Mercedes-Benz C43 with vehicle identification number WDDWJ6EB2JF657374 (the "Vehicle"), seized by the United States of America (the "Government") on or about March 2, 2023;

WHEREAS, on or about July 15, 2024, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), a sum of money equal to $3,920,724.26 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment, and all right, title and interest of the Defendant in, *inter alia*, the Vehicle;

WHEREAS, on or about July 15, 2024, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") imposing a money judgment against the Defendant in the amount of $3,920,724.26 in United States currency (the "Money Judgment"), and ordering the forfeiture to the United States of all of the Defendant's right, title, and interest in, *inter alia*, the Vehicle;

WHEREAS, on or about July 30, 2025, the Government has been advised that Mercedes-Benz Financial Services, LLC (the "Petitioner"), has an interest in the Vehicle, as a result of a lien derived from a loan given to Defendant and financed by Petitioner (the "Loan");

WHEREAS, on or about November 21, 2025, Notice of the Preliminary Order of Forfeiture was sent via certified mail to the Petitioner;

WHEREAS, on or about December 19, 2025, Petitioner filed a verified petition asserting an interest in the Vehicle as a result of the Loan (the "Petition") (Dkt. No. 574);

WHEREAS, the Petition states that Christy Corvalan and Dezyre Baez were listed as co-buyers of the Vehicle on the Retail Installment and Sale Contract and the Loan;

WHEREAS, as of January 20, 2026, the total amount owed on the Loan is $4,754.04.

WHEREAS, the United States Attorney's Office for the Southern District of New York and the Petitioner have agreed to resolve the Petitioner's interest in the Vehicle on the terms and conditions set forth below;

IT IS HEREBY STIPULATED AND AGREED, by and between Jay Clayton, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Jeffrey Coyle and Jaclyn Delligatti, of counsel, and the Petitioner, by and through its counsel Benjamin D. Schwartz, Esq., that:

1.  The Government recognizes the Petitioner as a bona fide purchaser, pursuant to Title 18, United States Code, Section 983, resulting from the Loan and lien placed against the Vehicle.

2.  Upon entry of this Stipulation and Order, the Petitioner agrees to withdraw its Petition and shall not otherwise contest the Government's forfeiture of the Vehicle.

3.  Upon entry of a Final Order of Forfeiture forfeiting all right, title and interest in the Vehicle of Christy Corvalan, Dezyre Baez, or any other parties asserting right, title or interest in the Vehicle, the Government shall satisfy the Loan amount of $4,754.04 from the net proceeds of the sale of the Vehicle within a reasonable time after such sale is effectuated.

3

a. The Government agrees to take reasonable efforts to effectuate the sale of the Vehicle not later than three (3) months following the Court's entry of a Final Order of Forfeiture and further agrees to provide Petitioner with notice of the sale of the Vehicle within three (3) business days after such sale is effectuated.

4. In furtherance of such a sale, the parties agree to execute promptly any documents which may be required to convey clear title to the property and complete the sale of the Vehicle.

5. The net proceeds for the sale of the Vehicle will include all moneys realized from the sale of the Vehicle, any costs of sale, sales commission, and other costs and expenses incurred by the Government to effectuate the sale, but will not include towing or storage costs incurred by the Government as a result of the seizure and forfeiture of the Vehicle.

6. The terms of this Stipulation and Order shall be subject to approval by the Court. Violation of any terms or conditions herein shall be construed as a violation of an Order of the Court.

7. Upon the Government's payment to Petitioner in satisfaction of the Loan amount of $4,754.04, the Petitioner is barred from asserting, or assisting others in asserting, any claim, including third-party claims contesting the entry of a Final Order of Forfeiture with respect to the Vehicle and any claim for attorney's fees and costs, against the Government or any of its agents and employees, including the Federal Bureau of Investigation ("FBI"), United States Department of Treasury ("DOT"), and this Office (the "USAO-SDNY"), as well as any and all employees, officers, and agents of the FBI, DOT and the USAO-SDNY in connection with, or arising out of, the United States' seizure, restraint, custody, or control over the Vehicle.

4

8. Each party signing this Stipulation and Order warrants that they are authorized to sign this Stipulation and Order on behalf of the party for whom their signature appears.

9. The parties hereby agree to waive all rights to appeal or otherwise challenge or contest the validity of this Stipulation and Order.

10. Each party shall bear its own costs and fees, including attorney's fees.

11. The parties reserve their respective rights to enforce the terms of this Stipulation and Order. This Court will have exclusive jurisdiction over the interpretation and enforcement of this Stipulation and Order.

12. This Stipulation and Order constitutes the complete agreement between the parties and may not be amended except by written consent of both parties.

13. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____        __March 2, 2026_____
     Jeffrey Coyle                                              DATE
     Assistant United States Attorney
     26 Federal Plaza
     New York, NY 10278
     (212) 637-2437

5

NORRIS McLAUGHLIN, P.A.

By: _____          March 2, 2026

Benjamin D. Schwartz, Esq.                      DATE
Norris McLaughlin, P.A.
7 Times Square, 21st Floor
New York, New York 10036
*Counsel for Petitioner Mercedes-Benz*
*Financial Services, LLC*


SO ORDERED:

_____              March 3, 2026

HONORABLE JESSE M. FURMAN                       DATE
UNITED STATES DISTRICT JUDGE


The Petition at ECF No. 574 is deemed withdrawn.

6